AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

18 U.S.C. § 2251(a) - Child Exploitation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**FILED**
MAR 21 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PENALTY: Maximum prison term: 30 years (minimum 15 years)
Maximum supervised release term: lifetime (minimum 5 years)
Maximum fine: $250,000 or twice the gross gain or loss
Mandatory special assessment: $100

---

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DEFENDANT - U.S
▶ Ryan Jay Rosenthal

DISTRICT COURT NUMBER
**CR 17 0133 JST**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form  **BRIAN J. STRETCH**

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)  **Meredith B. Osborn**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

CR 17 0133 JST

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

UNDERSEAL

FILED

MAR 21 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

RYAN JAY ROSENTHAL,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2251(a) – Child Exploitation;
18 U.S.C. § 2253(a) – Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this __21st__ day of __March__.

_____ Clerk

Bail, $ _No bail arrest warrant_

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2



3                                        F I L E D

4                                         MAR 21 2017

5                                        SUSAN Y. SOONG
                                     CLERK, U.S. DISTRICT COURT
6                                  NORTHERN DISTRICT OF CALIFORNIA

7

8
                            UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10
                                 SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,            )   No. CR 17 0133
                                         )
13         Plaintiff,                    )   VIOLATIONS:
                                         )
14     v.                                )   18 U.S.C. § 2251(a) – Child Exploitation;
                                         )   18 U.S.C. § 2253(a) – Criminal Forfeiture
15  RYAN JAY ROSENTHAL,                  )
                                         )   OAKLAND VENUE
16         Defendant.                    )
                                         )
17                                       )
                                         )
18                                       )
    _____ )
19
                                    I N D I C T M E N T
20

21  The Grand Jury charges:

22  COUNT ONE:        (18 U.S.C. § 2251(a) – Child Exploitation)

23      Beginning on or about February 5, 2017, and continuing until at least February 26, 2017, in the

24  Northern District of California, the defendant,

25                                RYAN JAY ROSENTHAL,

26  employed, used, persuaded, and coerced a minor victim to take part in sexually explicit conduct,

27  knowing or having reason to know that the visual depiction would be mailed and transported across state

28  lines and in foreign commerce, and the visual depiction was produced using materials that had been

INDICTMENT

mailed, shipped, and transported across state lines or in foreign commerce, and the visual depiction was mailed and actually transported across state lines or in foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

FORFEITURE ALLEGATION:    (18 U.S.C. § 2253(a) – Forfeiture)

1.  The allegations contained in Counts One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853.

2.  Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense alleged herein, the defendant,

RYAN JAY ROSENTHAL,

shall forfeit to the United States of America:

   a.  Any visual depiction described in Title 18, United States Code, Sections 2251 or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.  If any of the property described above, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty;

INDICTMENT

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

DATED:                                                                                           A TRUE BILL.

_____
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_____
ELISE BECKER
Deputy Chief, Criminal Division

(Approved as to form: _____)
AUSA MEREDITH OSBORN

INDICTMENT