AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California



UNDERSEAL

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ryan Jay Rosenthal | ) | Case No. CR 17 0133 JST |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ryan Jay Rosenthal,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2251(a) – Child Exploitation;
18 U.S.C. § 2253(a) – Criminal Forfeiture

Date: MAR 2 1 2017  /  03/20/2017

City and state:   Oakland, CA

Issuing officer's signature
JESSIE MOSLEY
Printed name and title

### Return

| | |
|---|---|
| This warrant was received on *(date)* 3-21-17, and the person was arrested on *(date)* 3-22-17 | |
| at *(city and state)* BRENTWOOD, CA | |
| Date: 3-22-17 | Arresting officer's signature |
| | Allison Lopez  FBI Special Agent |
| | Printed name and title |

Document No. 5
District Court
Criminal Case Processing