BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

HALLIE M. HOFFMAN (CABN 210020)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7129
    FAX: (415) 436-7234
    meredith.osborn@usdoj.gov

Attorneys for United States of America

FILED
MAR 29 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN JAY ROSENTHAL,<br><br>    Defendant. | CASE No. 17-CR-0133 JST<br><br>MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT AND [~~PROPOSED~~] ORDER |

    The United States hereby moves the Court for an order unsealing the Indictment and Arrest Warrant in the above-captioned case for the reasons set forth below.

    A federal grand jury returned an indictment against the defendant on March 21, 2017 on charges that included exploitation of a minor victim. At that time, the defendant was not in custody. Upon motion of the government, the Court ordered that the Indictment and Arrest Warrant, be filed under seal until further order of the Court.

    On March 23, 2017, the defendant was arrested in the Northern District of California and following a detention hearing on March 28, 2017, this Court ordered that the defendant be detained. As a result of the defendant's arrest and his continued detention, the risk is mitigated that the defendant may

MOT. TO UNSEAL AND [PROP.] ORDER
CR-17-0133 JST

1 | flee, destroy evidence, conceal ongoing criminal activity, or jeopardize the progress of the ongoing
2 | investigation. Accordingly, the government hereby moves the Court for an order unsealing the
3 | Indictment and Arrest Warrant in the above captioned case.

4 | DATED: March 29, 2017                              Respectfully Submitted,

                                                       BRIAN STRETCH
                                                       United States Attorney

                                                       /s/
                                                       _____
                                                       HALLIE M. HOFFMAN
                                                       Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Indictment and Arrest Warrant of the above-captioned case be unsealed.

DATED: 3/29/17

                                                       _____
                                                       HONORABLE KANDIS A. WESTMORE
                                                       United States Magistrate Judge

MOT. TO UNSEAL AND [PROP.] ORDER
CR-17-0133 JST