ROBERT J. BELES (Cal. Bar No. 41993)
ELLIOT SILVER (Cal. Bar No. 290544)
    BELES  & BELES LAW OFFICES
    One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
    Telephone: (510) 836-0100
    Facsimile: (510) 832-3690
    E-mail:   beleslaw@yahoo.com

Attorneys for Defendant
*RYAN JAY ROSENTHAL*

United States District Court

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 4:17-CR-00133-JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| RYAN JAY ROSENTHAL, | |
| Defendant. | |

    Defendant RYAN JAY ROSENTHAL, by and through his counsel undersigned and the United States of America, through Assistant United States Attorney MEREDITH OSBORN, hereby stipulate and respectfully request that the Court vacate the Status Conference hearing in the above captioned case, currently set for Friday, April 28, 2017, at 09:30 a.m., and reset it for Friday, May 26, 2017, at 09:30 a.m.

    This is the parties' first request to continue the Status Conference. The parties last appeared before the Court on Tuesday, March 28, 2017, before the Honorable Kandis A. Westmore for a Detention Hearing, at which time the defendant was taken into custody and the current Status Conference date of Friday,

April 28, 2017 was set.

Discovery from the government is substantially complete. The requested continuance is necessary to allow defense counsel more time to review the discovery and to research, evaluate and investigate applicable defenses and to conduct potential further investigation. Additionally, ROBERT J. BELES, the primary counsel for the defendant is unavailable from Friday, April 28, 2017 through Monday, May 1, 2017 due to a pre-paid vacation.

The parties further stipulate and agree that the time between Friday, April 28, 2017 and Friday, May 26, 2017, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act and that the ends of justice are served by the Court excluding such time in order to allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. 18 U.S.C. § 3161 (h) (7) (A) and (B) (iv).

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by vacating the Status Conference currently set for Friday, April 28, 2017 at 09:30 a.m. and resetting it for Friday, May 26, 2017, at 09:30 a.m. outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: April 18, 2017      /s/ RJB
                           ROBERT J. BELES,

```
                                        Attorney for RUSSELL PFIESTER

DATED: April 18, 2017                   /s/ ES
                                        _____
                                        ELLIOT SILVER,
                                        Attorney for RUSSELL PFIESTER


DATED: April 18, 2017                   /s/ MO
                                        _____
                                        MEREDITH OSBORN,
                                        Assistant U.S. Attorney

                                        BRIAN STRETCH
                                        United States Attorney
```

**IT IS SO ORDERED.**

DATED: April 18, 2017_____

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE