BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MEREDITH B. OSBORN (CABN 250467)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    meredith.osborn@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | CR No. 17-CR-0133 JST |
|           ) | |
|     Plaintiff,     ) | STIPULATION AND ~~[PROPOSED]~~ ORDER |
|           ) | EXCLUDING TIME FROM AUGUST 4, 2017 |
|    v.      ) | TO OCTOBER 13, 2017 |
|           ) | |
| RYAN JAY ROSENTHAL,     ) | |
|           ) | |
|     Defendant     ) | |
|           ) | |

      The defendant, RYAN JAY ROSENTHAL, represented by ROBERT BELES, Esquire, and the

government, represented by AUSA MEREDITH B. OSBORN, Assistant United States Attorney,

appeared before the Court on August 4, 2017, for a status hearing.  The parties represented that the

grand jury had just returned a superseding indictment, that the government would be providing

discovery relevant to that charge shortly, and that counsel for defendant would need time to review the

discovery and the evidence obtained through the government's forensic examination of items seized

from defendant.

      The matter was continued to October 13, 2017, at 9:30 a.m. to set further proceedings.  Counsel

for the defendant requested that time be excluded under the Speedy Trial Act between August 4, 2017,

and October 13, 2017, to review the discovery and to conduct necessary investigation.  The government

had no objection to excluding time.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 4, 2017, and October 13, 2017, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between August 4, 2017, and October 13, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between August 4, 2017, and October 13, 2017, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


DATED: August 7, 2017

_____
HONORABLE JON S. TIGAR
United States District Court Judge