1  ROBERT J. BELES (Cal. Bar No. 41993)
   ELLIOT SILVER (Cal. Bar No. 290544)
2      BELES  & BELES LAW OFFICES
       One Kaiser Plaza, Suite 2300
3      Oakland, California 94612-3642
       Telephone: (510) 836-0100
4      Facsimile: (510) 832-3690
       E-mail:   beleslaw@yahoo.com
5
   Attorneys for Defendant
6  *RYAN JAY ROSENTHAL*

United States District Court

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 4:17-CR-00133-JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| RYAN JAY ROSENTHAL, | |
| Defendant. | |

Defendant RYAN JAY ROSENTHAL, by and through his counsel undersigned and the United States of America, through Assistant United States Attorney MEREDITH OSBORN, hereby stipulate and respectfully request that the Court vacate the Status Conference hearing in the above captioned case, currently set for Friday, October 13, 2017, at 09:30 a.m., and reset it for Friday, November 17, 2017, at 09:30 a.m.

The parties further stipulate and agree that the time between Friday, October 13, 2017 and Friday, November 17, 2017, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act and that the ends of justice are served by the Court excluding such time in order to allow defense counsel

the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. 18 U.S.C. § 3161 (h) (7) (A) and (B) (iv).

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by vacating the Status Conference currently set for Friday, October 13, 2017 at 09:30 a.m. and resetting it for Friday, November 17, 2017, at 09:30 a.m. outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 19, 2017    /s/ RJB
ROBERT J. BELES,
Attorney for *RYAN ROSENTHAL*

DATED: September 19, 2017    /s/ ES
ELLIOT SILVER,
Attorney for *RYAN ROSENTHAL*

DATED: September 19, 2017    /s/ MO
MEREDITH OSBORN,
Assistant U.S. Attorney

BRIAN STRETCH
United States Attorney

**IT IS SO ORDERED.**

DATED:_September 26, 2017_____

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE