```
1   ROBERT J. BELES (Cal. Bar No. 41993)
        BELES & BELES LAW OFFICES
2       One Kaiser Plaza, Suite 2300
        Oakland, California 94612-3642
3       Telephone: (510) 836-0100
        Facsimile: (510) 832-3690
4       E-mail:    beleslaw@yahoo.com

5   Attorneys for Defendant
    RYAN JAY ROSENTHAL
6
```

United States District Court

Northern District of California

| UNITED STATES OF AMERICA, | ) | CR No. 4:17-CR-00133-JST |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| RYAN JAY ROSENTHAL, | ) | |
| Defendant. | ) | |

Defendant RYAN JAY ROSENTHAL, by and through his counsel undersigned and the United States of America, through Assistant United States Attorney MEREDITH OSBORN, hereby stipulate and respectfully request that the Court vacate the Status Conference hearing in the above captioned case, currently set for Friday, November 17, 2017 at 09:30 a.m., and reset it for Friday, January 5, 2018.

The parties further stipulate and agree that the time between Friday, November 17, 2017 and Friday, January 5, 2018, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act and that the ends of justice are served by the Court excluding such time in order to allow defense counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence, and continuity of counsel. 18 U.S.C. § 3161 (h) (7) (A) and (B) (iv). Defense counsel has a set appointment for November 30, 2017 at 11:00 a.m. to review forensic discovery with FBI Special Agent Allie Lopez.

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by vacating the Status Conference currently set for Friday, November 17, 2017 at 09:30 a.m. and resetting it for Friday, January 5, 2018, at 09:30 a.m. outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November 13, 2017
/s/ RJB
ROBERT J. BELES,
Attorney for *RYAN ROSENTHAL*


DATED: November 13, 2017
/s/ MO
MEREDITH OSBORN,
Assistant U.S. Attorney

BRIAN STRETCH
United States Attorney

**IT IS SO ORDERED.**

DATED: November 14, 2017

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE