UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 42 minutes |
| Date: | October 26, 2018 | | |
| Case No. | **4:17-cr-00133-JST-1** | | |

**United States of America**　　v.　　**Ryan Jay Rosenthal**

☑ Defendant Present
☐ Not Present
☑ In Custody

Meredith Osborn　　　　　　　　　　　　　　Robert Beles
U.S. Attorney　　　　　　　　　　　　　　　　Defense Counsel

U.S. Probation:  Malik Ricard

Deputy Clerk:  William Noble　　　　　　　　Reporter:  Kathy Wyatt

*PROCEEDINGS*

REASON FOR HEARING:    Sentencing

RESULT OF HEARING:

1. The Court issued rulings on the objections to the presentencing report.

2. The Defendant is committed to the custody of the Bureau of Prisons for a term of 135 months consisting of 135 months each on Counts One and Two all terms to be served concurrently; lifetime supervised release consisting of lifetime supervised release each on Counts One and Two all terms to be served concurrently, with the special conditions set forth in the judgment.

3. The Defendant shall pay a special assessment in the amount of $10,200.00 due immediately.  The Court finds the defendant does not have the ability to pay and orders the fine waived.

Date: October 26, 2018
Case No. 4:17-cr-00133-JST-1

4. Restitution will be determined in a future order by the Court. The Government has 30 days to obtain additional information from possible victims and their families. No later than December 14, 2018, the parties shall submit either competing memorandum or a stipulation regarding restitution. Counsel for the Government and the Defendant waived a hearing on restitution.

5. The Court ordered the Defendant to forfeit interest in certain computer devices and a cell phone.

6. The Court recommends to the Bureau of Prisons the defendant be designated to a facility consistent with his classification close to the Los Angeles area to facilitate visitation with his mother.

7. The Court recommends to the Bureau of Prisons the defendant be enrolled in the RDAP program.