ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MEREDITH B. OSBORN (CABN 250467)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    meredith.osborn@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00133 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION PAYMENTS |
| v. | |
| RYAN ROSENTHAL, | Hon. Jon S. Tigar |
| Defendant. | |

    The United States of America, by and through its attorney of record, and defendant Ryan Rosenthal, by and through his attorney of record, hereby stipulate that the attached proposed order correctly sets forth the parties' agreements and stipulations regarding the restitution amount that the defendant owes and the entity entitled to receive such payments as the successor in interest to the victim of the offenses.

1 **IT IS SO STIPULATED.**

2 DATED: December 6, 2018                ALEX G. TSE
                                         United States Attorney

                                         _____/s/_____
                                         MEREDITH B. OSBORN
                                         Assistant United States Attorney

6 DATED:  December 4, 2018

                                         _____/s/_____
                                         ROBERT J. BELES
                                         Counsel for the Defendant

STIP. AND [PROPOSED] ORDER RESTITUTION   2
CR-17-00133 JST

1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MEREDITH B. OSBORN (CABN 250467)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6774
7      meredith.osborn@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        ) CASE NO. CR 17-00133 JST
                                    )
13         Plaintiff,                ) [PROPOSED] ORDER REGARDING
                                    ) RESTITUTION PAYMENTS
14     v.                           )
                                    )
15 RYAN ROSENTHAL,                  ) Hon. Jon S. Tigar
                                    )
16         Defendant.               )
                                    )
17 _____ )

18

19         Defendant Ryan Rosenthal has entered a plea of guilty to all charges in the captioned

20 superseding information. At sentencing this Court deferred the question of restitution. Based upon the

21 parties' stipulations and agreements, IT IS HEREBY ORDERED that the total restitution owed jointly

22 and severally by Defendant Rosenthal is $9,000. The government has conferred with the victim

23 described below, who agrees with and has no objection to this stipulation.

24         The parties agree that the individual named below is a "victim" in the case, meaning that he or

25 she us an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18,

26 which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

27

28

STIP. AND [PROPOSED] ORDER RESTITUTION      3
CR-17-00133 JST

The parties agree that a reasonable, proportionate, and appropriate amount of restitution to be paid to the victim is as follows: $9,000 to victim "A.R." to the address of record for "A.R." in the Victim Notification System, which the Northern District of California's Clerk shall access to complete the restitution payment for "A.R."

The Court will issue a judgment that reflects the restitution order.  The restitution is due immediately, and the balance due must be paid in monthly payments of not less than $150 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from the date of this order. Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due.  All criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

DATED:

HON. JON S. TIGAR
United States District Judge