8/3/21

To whom it may concern

I received a letter sent from my attorney, forwarding me the packet of requesting information sent by your offices as it pertains to monies owed stemming from my criminal sentencing back in 2018. Enclosed you will find the aforementioned packet of information requested, but going by the letter written by your offices, I feel it's necessary to point out some key facts:

- I have been incarcerated since March 2017. I am currently in prison and will remain so until 2026. Thus, I have no formal job.

- I own no house, no car, have no wife or children. I have no assets to speak of.

- I am currently making payments towards the fines and restitution from my case through my very low paying job here in federal prison. This was established through the Bureau Of Prisons in 2019. I have not missed a payment.

- I have every intention to pay the monies owed, as soon as it is financially plausible for me to do so upon my release, finding employment and housing.

If you should have any further inquires, please don't hesitate to contact me here in prison.

Respectfully,
Ryan Rosenthal
Re:

17-cr-0133-1 JST

Ryan Rosenthal 24169-111
FCI Lompoc
3600 Guard Rd.
Lompoc, CA. 93436

**FILED**

Aug 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

AUG 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

LAW OFFICES OF

**ROBERT J. BELES**
ATTORNEY AT LAW
CERTIFIED CRIMINAL LAW SPECIALIST

PAUL G. MCCARTHY
MANISHA DARYANI
CERTIFIED APPELLATE LAW SPECIALISTS

CHARLES W. DUGGAN
GREGORY W. HUMPHREVILLE
ATTORNEYS AT LAW

# BELES & BELES

CALIFORNIA STATE BAR CERTIFIED SPECIALISTS IN CRIMINAL LAW,
APPELLATE LAW, AND IMMIGRATION & NATURALIZATION LAW

THE ORDWAY BUILDING
1 KAISER PLAZA, SUITE 2300
OAKLAND, CALIFORNIA 94612
tel: (510) 836-0100 • fax: (510) 832-3690
email: beleslaw@yahoo.com • website: www.beleslaw.com

**ANNE C. BELES**
ATTORNEY AT LAW
CERTIFIED CRIMINAL LAW SPECIALIST

EMILIO T. PARKER
CERTIFIED IMMIGRATION LAW SPECIALIST

CHELSIE D'MALTA
MATTHEW T. MATEJCEK
MOISES JRADE (FL)
ATTORNEYS AT LAW

Ryan Rosenthal, Fed ID#24169-111
FCI Lompoc
Federal Correctional Institute
3600 Guard Road
Lompoc, CA
93436
---

Dear Ryan,

Our office recently received paperwork from the United States Attorney on your behalf. It consists of a letter and a series of financial disclosure forms they want filled out and returned to their office. I have enclosed their letter, and the forms, with this letter. We understand that you do not have the assets they are demanding, but please fill out the paperwork and send it to their office. We have included the pre-paid envelope they provided for that purpose as well.

Sincerely,

Charles Duggan
Associate Attorney
*Law Office of Beles & Beles*

**WALNUT CREEK OFFICE**
2121 N. CALIFORNIA STREET
WALNUT CREEK, CALIFORNIA 94596
(925) 460-5400

**FREMONT OFFICE**
39560 STEVENSON PLACE, SUITE 217
FREMONT, CALIFORNIA 94536
(510) 745-7755

**SAN JOSE OFFICE**
2880 ZANKER ROAD, SUITE 203
SAN JOSE, CALIFORNIA 94541
(408) 255-5100

**PLEASANTON OFFICE**
4900 HOPYARD ROAD, SUITE 100
PLEASANTON, CALIFORNIA 94588
(925) 460-5400



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *9ᵗʰ Floor, Federal Building*<br>*450 Golden Gate Avenue, Box 36055*<br>*San Francisco, California 94102-3495* | *(415) 436-6970*<br><br>*FAX: (415) 436-6570* |

July 14, 2021

Robert Joseph Beles
Beles & Beles Law Office
1 Kaiser Plaza, Suite 2300
Oakland, CA 94612

> Re: United States v. Ryan Jay Rosenthal
> <u>USDC ND California; No. CR 17-0133-001 JST</u>
> USAO No.: 2019A17473 Bal. Due: $19,607.35 plus interest at 2.64%

Dear Mr. Beles:

We are in receipt of your written letter, received on December 10, 2018, indicating that you represent the defendant, Ryan Jay Rosenthal, with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $19,200.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant, immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 2.64% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

> Clerk, U.S. District Court
> 450 Golden Gate Avenue, Box 36060
> San Francisco, CA 94102
> Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but not limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns in the enclosed prepaid self-addressed envelope.

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

STEPHANIE M. HINDS
Acting United States Attorney

Financial Litigation Unit -DMV

Please respond to:

Enclosures:    Financial Statement
               Self-addressed return envelope

cc:  Case Manager



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ROSENTHAL, RYAN JAY  24169-111

SEQUENCE: 02138289
Team Date: 04-30-2021

| | | | |
|---|---|---|---|
| Facility: | LOM LOMPOC USP | Proj. Rel. Date: | 10-22-2026 |
| Name: | ROSENTHAL, RYAN JAY | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 24169-111 | DNA Status: | LOF04680 / 01-28-2019 |
| Age: | 39 | | |
| Date of Birth: | 06-20-1981 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LOF | ORD B D/W | ORDERLY B D/W | 02-20-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LOF | ESL HAS | ENGLISH PROFICIENT | 01-28-2019 |
| LOF | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-09-2021 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LOF | C | STORIES OF FRONTIERS NAT. WRLD | 02-06-2020 | 09-14-2020 |
| LOF | C | DRUM CLASS | 10-01-2019 | 12-03-2019 |
| LOF | C | KEY BOARD/PIANO CLASS | 10-02-2019 | 12-14-2019 |
| LOF | C | BASIC ALTERNATIVE TO VIOLENCE | 08-20-2019 | 08-21-2019 |
| LOF | C | ACE FINANCIAL PEACE | 04-12-2019 | 05-22-2019 |
| LOF | C | BEGINNING CERAMICS | 05-11-2019 | 05-26-2019 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-31-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 02-11-2019 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 05-22-2020 |
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 04-14-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 01-28-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-31-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-31-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 08-09-2019 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:   PART   FINANC RESP-PARTICIPATES   Start: 02-25-2019**

| | | | |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$50.00** | | Obligation Balance: **$10,000.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 03-11-2021 | LOF | PAYMENT | INSIDE PMT | $25.00 |



**Individualized Needs Plan - Program Review    (Inmate Copy)**      SEQUENCE: 02138289
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 04-30-2021
Plan is for inmate: ROSENTHAL, RYAN JAY  24169-111

| No. | Type | Amount | Balance | Facl | Payable | Status | |
|-----|------|--------|---------|------|---------|--------|--|

**Most Recent Payment Plan**

| No. | Type | Amount | | Balance | | Payable | Status | |
|-----|------|--------|--|---------|--|---------|--------|--|
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | | 12-08-2020 | LOF | PAYMENT | INSIDE PMT | | $25.00 |
| 2 | MISC | $10,000.00 | | $10,000.00 | | IMMEDIATE | AGREED | |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:    ** No data **

## Progress since last review

| No progress. |
|---|

## Next Program Review Goals

| By 10/2021:  See Mrs. Magana in the education office and enroll in a course of your choice.  Continue to maintain contact with family and friends through phone call, email, and visits for continued support. |
|---|

## Long Term Goals

| By 10/22/2026: Successfully complete various VT/ACE courses, employment skills courses, resume writing, and attend mock job fairs; complete FRP financial obligations; the Release Preparation Program (RPP/ROP); attend release planning courses and secure halfway house placement; secure all IDs for release planning; attend wellness courses, and personal counseling programs. Save a minimum of $250 on your account for release needs. |
|---|

## RRC/HC Placement

| |
|---|

## Comments

| Will be reviewed under the 2nd Chance Act for RRC placement or home confinement at 17-19 months prior to his projected release date. |
|---|

**UNITED STATES DEPARTMENT OF JUSTICE**
United States Attorney's Office

**Financial Disclosure Statement - Individual**
**Page 1 of 14**

Updated: January 2021

The United States of America is authorized to inquire about your financial condition and economic circumstances, and may verify any information provided in this statement.

This statement is considered incomplete unless you have (1) completed each section fully and accurately, including those sections applicable to your spouse, (2) provided all supportive documentation in your custody, possession and control identified in Section 17 of this disclosure statement, and (3) certified that the information contained herein is true and correct as of the date that you submit this form to the United States Attorney's Office as set forth in the attached Certification.

## SECTION 1:   PERSONAL IDENTIFICATION –DEBTOR

| First Name: Ryan | Middle Name: J | Last Name: Rosenthal | Male ✓   Female ☐ |
|---|---|---|---|

| Other Names Used: N/A | | Social Security No: 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 | Date of Birth: 6/20/1981 | Driver's Lic. No./State: CA - I don't know |
|---|---|---|---|---|

| Home Address (*Street, City, State & Zip Code*): Incarcerated at Lompoc, CA FCI | Years at Address: |
|---|---|
| | Rent ☐    Own ☐ |

If renting, to whom do you pay rent? (*Name, Address, Phone Number*)

Do you plan to move from this residence?        Yes ☐    No ☐        If yes, when? 10/2026
If yes, where to?

Mailing Address (If Different from Residence/Home Address):
3600 Guard Rd., Lompoc, CA. 93436

| Home Telephone: N/A | Cellular Telephone: N/A | Work Telephone (incl. ext.): | Other Telephone: |
|---|---|---|---|

All E-Mail Address(es) used by you: N/A

All social media account(s) used by you: N/A

| Do you possess a passport? Yes ✓   No ☐ | If yes, Country of Issue: USA | If yes, Date Issued: 2016 | Passport Number: I don't know |
|---|---|---|---|

| Where is the passport? Possibly discarded upon arrest | Are you a United States Citizen?       Yes ✓   No ☐ |
|---|---|

## SECTION 2:   MARITAL STATUS-DEBTOR

| ✓ Single (Never Married) | ☐ Married As of: | ☐ Legally Separated As of: | ☐ Divorced As of: | ☐ Widowed As of: |
|---|---|---|---|---|

| Do you or your spouse receive (check all that apply):     Alimony ☐     Child Support ☐     Voluntary Payments ☐ |
|---|

| Alimony Amount: Source: | Child Support Amount: Source: | Voluntary Payment Amount: Source: |
|---|---|---|

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: RR

**United States Department of Justice**
**United States Attorney's Office**

Financial Disclosure Statement - Individual
Page 2 of 14

---

## SECTION 3:   PERSONAL IDENTIFICATION- SPOUSE

| First Name: | Middle Name: | Last Name: | Male ☐      Female ☐ |
|---|---|---|---|
| Other Names Used: | | Social Security No: | Date of Birth: | Driver's Lic. No./State: |

| Home Telephone: | Cellular Telephone: | Work Telephone (incl. ext.): | Other Telephone: |
|---|---|---|---|

E-Mail Address(es):

| Home Address (*If different from debtor*): | Years at Address: |
|---|---|
| | Rent ☐      Own ☐ |

If renting, to whom does s/he pay rent? (*Name, Address, Phone Number*)

---

## SECTION 4:   ADULT FAMILY MEMBERS/ RELATIVES –DEBTOR

| Father's First Name: Tyrone | Father's Last Name: Rosenthal | Mother's First Name: Eleanore | Mother's Last Name: Rosenthal |
|---|---|---|---|
| Address: Deceased | | Address: Deceased | |
| Sibling's First Name: N/A | Sibling's Last Name: | Sibling's First Name: | Sibling's Last Name: |
| Address: | | Address: | |
| Sibling's First Name: | Sibling's Last Name: | Sibling's First Name: | Sibling's Last Name: |
| Address: | | Address: | |
| Adult Child's First Name: N/A | Adult Child's Last Name | Adult Child's First Name: | Adult Child's Last Name: |
| Address: | | Address: | |
| Adult Child's First Name: | Adult Child's Last Name: | Adult Child's First Name: | Adult Child's Last Name: |
| Address: | | Address: | |

List name(s) and address(es) of ALL DEPENDENTS who live or do not live with you:

| Name (*include address if dependent does not live with you*) | Date of Birth | Relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: _RR_

**United States Department of Justice**            **Financial Disclosure Statement - Individual**
United States Attorney's Office                                                **Page 3 of 14**

## SECTION 5:   EMPLOYMENT DATA–DEBTOR

| Do you have a job?<br>Yes☐  No☑ | Self-Employed:<br>Yes☐  No☑ | Occupation: | Job Title: | Start Date: |
|---|---|---|---|---|
| Employer's Name: | | Supervisor/Manager: | Supervisor E-mail: | |
| Employer's Address: | | | Supervisor Tel. Number: | |

Pay period:  Weekly ☐          Bi-weekly ☐          Monthly ☐          Other (explain) ☐

Additional and/or Previous Employment within past five (5) years:

| Dates | Occupation | Employer's Name and Address | E-mail/Telephone Number |
|---|---|---|---|
| Till 3\|2017 | Regions Operations manager | Red Wing Shoe Co. | Don't know |
| | | | |
| | | | |

Debtor's Gross Earnings from Employment (including bonuses, awards, etc.):

| Year-to-date Gross Earnings | Prior Year Gross Earnings |
|---|---|
| N/A | N/A |

## SECTION 6:   BUSINESS INTERESTS – DEBTOR

**Within the last five years, have you owned and/or controlled any business or businesses? Yes ☐ No ☑**
If yes, please provide the following information:

| Business Name: | | Business Address: | |
|---|---|---|---|
| Current Status of Business: | Business Purpose: | Ownership Percentage: | Date Ownership Acquired: |
| List each position held and duties performed: | | Federal Tax ID No.: | |

| Year-to-date Gross Revenue | Prior Year Gross Revenue |
|---|---|
| N/A | |
| **Year-to-date Net Earnings** | **Prior Year Net Earnings** |
| | |

| Registered Agent Name and Address: | Form of Business *(Corp., Partnership, Sole-Proprietorship)*: |
|---|---|

Please make a copy of this page and use additional sheets, as required, if you have additional businesses to disclose.

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: _RR_

United States Department of Justice
United States Attorney's Office

Financial Disclosure Statement – Individual
Page 4 of 14

## SECTION 7:   EMPLOYMENT DATA – SPOUSE

| Does s/he have a job?<br>Yes☐  No☐<br>*N/A* | Self-Employed:<br>Yes☐  No☐ | Occupation: | Job Title: | Start Date: |
|---|---|---|---|---|
| Employer's Name: | | | Supervisor/Manager: | Supervisor E-mail: |
| Employer's Address: | | | | Supervisor Tel. Number: |

Pay period:  Weekly ☐        Bi-weekly ☐          Monthly ☐          Other (explain) ☐

Additional and/or Previous Employment within past five (5) years:

| Dates | Occupation | Employer's Name and Address | E-mail/Telephone Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Spouse's Gross Earnings from Employment (including bonuses, awards, etc.)

| Year-to-date Gross Earnings | Prior Year Gross Earnings |
|---|---|
| | |

## SECTION 8:   BUSINESS INTERESTS – SPOUSE

**Within the last five years, has s/he owned and/or controlled any business or businesses? Yes ☐ No ☐**
If yes, please provide the following information regarding the business:

| Business Name: | | Business Address: | |
|---|---|---|---|
| Current Status of Business: | Business Purpose: | Ownership Percentage: | Date Ownership Acquired: |
| List each position held and duties performed: | | | Federal Tax ID No.: |

| Year-to-date Gross Revenue | Prior Year Gross Revenue |
|---|---|
| | |
| **Year-to-date Net Earnings** | **Prior Year Net Earnings** |
| | |

| Registered Agent Name and Address: | Form of Business *(Corp., Partnership, Sole-Proprietorship):* |
|---|---|

Please make a copy of this page and use additional sheets, as required, if you have additional businesses to disclose.

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: *RR*

**United States Department of Justice**
United States Attorney's Office

**Financial Disclosure Statement – Individual**
**Page 5 of 14**

## SECTION 9: INCOME/EXPENSE SHEET – COMBINED HOUSEHOLD FOR DEBTOR AND SPOUSE

This is an estimate of your <u>MONTHLY</u> earnings and bills/obligations.

| | Debtor | Spouse | | Household |
|---|---|---|---|---|
| Net Income from Wages: | | | Rent/Mortgage: | |
| Net Earnings from Business: | | | Property Taxes: | |
| Rental Income: | | | Mortgage on other properties: | |
| Interest Income: | | | Vehicle Payment -1: | |
| Dividend Income: | | | Vehicle Payment -2: | |
| Monetary Gifts: | | | Gasoline: | |
| Alimony: | | | Alimony: | |
| Child Support: | | | Child Support: | |
| Unemployment Income: | | | Automobile Insurance: | |
| AFDS and/or Food Stamps: | | | Health Insurance: | |
| Pension Income: | | | Medical Expenses: | |
| Other Retirement Income: | | | Groceries: | |
| Social Security Income: | | | Electricity: | |
| Disability Insurance Income: | | | Natural Gas: | |
| Payments from Trusts: | | | Water/Sewage: | |
| Other Monthly Income (explain): | | | Home Telephone: | |
| | | | Cellular Telephone: | |
| | | | Cable/Satellite TV: | |
| | | | Internet: | |
| | | | Tuition: | |
| | | | Other Expenses (explain): | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL INCOME PER MONTH:** | Between $5.25 to $25.00 from B.O.P. job | | **TOTAL MONTHLY EXPENSES:** | $0 |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: _R R_

United States Department of Justice
United States Attorney's Office

Financial Disclosure Statement - Individual
Page 6 of 14

## SECTION 10:  ASSETS – DEBTOR AND SPOUSE

### SUBPART A:   BANK, CREDIT UNION, FINANCIAL INSTITUTION,  ACCOUNTS

**Do you have ANY accounts at ANY financial institution? Yes ☐ No ☑**    If yes, you are required to disclose all financial accounts to which you have **access**, whether personal or business, including, without limitation, the following: Checking Accounts, Savings Accounts, Certificates of Deposit, Investment Accounts, Stocks, Bonds, Mutual Funds, Cryptocurrency Accounts, IRA, KEOGH, 401(k), TSP, and/or other Retirement Accounts.

| Name of Financial Institution | I – Individual Acct J – Joint Account | Type of Account | Account Number | Current Balance |
|---|---|---|---|---|
| | ☐ -I        ☐ -J | | | |
| | ☐ -I        ☐ -J | | | |
| | ☐ -I        ☐ -J | | | |
| | ☐ -I        ☐ -J | | | |
| | ☐ -I        ☐ -J | | | |
| | ☐ -I        ☐ -J | | | |
| | ☐ -I        ☐ -J | | | |
| | ☐ -I        ☐ -J | | | |

### SUBPART B:   LIFE INSURANCE

**Are you insured with and/or the beneficiary of any life insurance policy? Yes ☐ No ☑**

| | | |
|---|---|---|
| Identity of Insured: *(e.g. Debtor/Spouse/Parents)* | | |
| Name of Beneficiary: *(e.g. Debtor/Spouse/Parents)* | | |
| Name of Insurance Company: | | |
| Address of Insurance Company: | | |
| Type of Policy: *(e.g. Whole/Term/Universal/Variable)* | | |
| Face Amount of Policy: | | |
| Total Cash Surrender Value: | | |
| Total Loans Against Policy: | | |
| Yearly Premium: | | |
| To Whom Policy Assigned: | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: _RR_

**United States Department of Justice**
United States Attorney's Office

**Financial Disclosure Statement - Individual**
Page 7 of 14

## SECTION 11: ASSETS – DEBTOR AND SPOUSE (Continued)
### SUBPART A. *FAIR MARKET VALUE OF ALL REAL ESTATE*

**Do you, your spouse and/or any businesses identified in Sections 6 and/or 8 own any real estate? Yes ☐  No ☑**
**If yes, how many real properties? _____**
If yes, list all property owned by you, your spouse and/or any businesses identified in Section 6 or Section 8.

| 1st Property Address: *N/A* | | | Name on Title/Deed and Ownership Percentages: |
|---|---|---|---|
| Description of Property: | Purchase Price: | Current Fair Market Value: | Basis of Valuation: |
| Date Acquired: | Gross Mortgage Amount: | Unpaid Mortgage Amount: | Monthly Mortgage Payment: |
| Name and Address of Mortgage Holder: | | | Mortgage Loan Acct. No.: |
| Lien Amount (other than 1st mortgage): | Monthly Lien Payment: | | Lien Account Number: |
| Name and Address of Lien Holder: | | | Rental Income (if any) |

| 2nd Property Address: | | | Name on Title/Deed and Ownership Percentages: |
|---|---|---|---|
| Description of Property: | Purchase Price: | Current Fair Market Value: | Basis of Valuation: |
| Date Acquired: | Gross Mortgage Amount: | Unpaid Mortgage Amount: | Monthly Mortgage Payment: |
| Name and Address of Mortgage Holder: | | | Mortgage Loan Acct. No.: |
| Lien Amount (other than 1st mortgage): | Monthly Lien Payment: | | Lien Account Number: |
| Name and Address of Lien Holder: | | | Rental Income (if any) |

**Do you, your spouse and/or any businesses identified in Sections 6 and/or 8 have real estate under contract pending to be purchased or sold? Yes ☐ No ☑**

| Property Address: | | Name of Seller/Buyer: | |
|---|---|---|---|
| Description of Property: | Contract Price: | Principal Amount Owed/Due: | Date of Next Payment: |

**Please make a copy of this page and use additional sheets, as required, if you have additional properties to disclose.**

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: *RR*

**United States Department of Justice**
United States Attorney's Office

Financial Disclosure Statement - Individual
Page 8 of 14

---

**SECTION 11:  ASSETS – DEBTOR AND SPOUSE -- (Continued)**

>    *SUBPART B.        AUTOMOBILE, TRUCKS, BOATS, AIRPLANES, AND OTHER VEHICLES*

Do you, your spouse and/or any businesses identified in Section 6 and/or 8 possess any vehicles? Yes ☐ No ☑
If yes, how many? _____   If yes, provide details. Use additional pages if necessary:

| | 1st Vehicle | 2nd Vehicle | 3rd Vehicle |
|---|---|---|---|
| Vehicle Type | N/A | | |
| Make/Model/Year | | | |
| Registered Owner's Name | | | |
| VIN/HIN/N-number | | | |
| Registration State | | | |
| State Registration or License Plate Number | | | |
| Vehicle Location | | | |
| Date Acquired | | | |
| Lease or Own | | | |
| *If you OWN the vehicle, state:* Purchase Price | | | |
| Current Value | | | |
| Lender's Name | | | |
| Loan Account No. | | | |
| Original Loan Amt. | | | |
| Current Loan Balance | | | |

>    *SUBPART C.        OTHER ASSETS*

All other assets, including but not limited to, cash, pre-paid cash cards, gold coins, collectibles, fine jewelry,
antiques, patents, copyrights, mineral rights, oil rights, etc.? Yes ☐   No ☑    If Yes, provide details:

| Type of Asset | Legal Owner Name | Asset Location | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure
Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: *RR*

United States Department of Justice
United States Attorney's Office

Financial Disclosure Statement – Individual
Page 9 of 14

## SECTION 12:  QUESTIONS REGARDING ASSETS

| QUESTION | RESPONSE FOR DEBTOR | (if applicable) RESPONSE FOR SPOUSE |
|---|---|---|
| A.  Do you and/or your spouse own or hold any securities not listed above? *(If yes, in the space below, identify the type of stock, number of shares owned, and estimated value.)* | Yes ☐   No ☑ | Yes ☐   No ☐ |
| | | |
| B.  Are you and/or your spouse a board member, officer, or director of any corporation?  *(If yes, in the space below, provide details, including name and address of corporation, term of service, and compensation received.)* | Yes ☐   No ☑ | Yes ☐   No ☐ |
| | | |
| C.  Are you and/or your spouse a partner in any partnership? *(If yes, in the space below, provide details, i.e., name and address of the partnership, identify all partners, and percentage of partnership.)* | Yes ☐   No ☑ | Yes ☐   No ☐ |
| | | |
| D.  Are you and/or your spouse involved in a lawsuit in which you seek monetary compensation? *(If yes, in the space below, provide details re: the name of the lawsuit, Court, Case Number, your attorney's name and contact information, and the amount of your claim.)* | Yes ☐   No ☑ | Yes ☐   No ☐ |
| | | |
| E.  Do you and/or your spouse have any pending contractual claims, legal claims, and/or insurance claims for monetary compensation?  *(If yes, provide details re: the type(s) of claim(s), value of claim(s), and details on compensation.)* | Yes ☐   No ☑ | Yes ☐   No ☐ |
| | | |
| F.  Are you and/or your spouse the Executor or Beneficiary of anyone's will and testament? *(If yes, in the space below, provide details.)* | Yes ☐   No ☑ | Yes ☐   No ☐ |
| | | |
| G.  Are you and/or your spouse the Trustor, Trustee, and/or Beneficiary of any Trust? *(If yes, in the space below, provide details.)* | Yes ☐   No ☑ | Yes ☐   No ☐ |
| | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials:  *RR*

United States Department of Justice
United States Attorney's Office

Financial Disclosure Statement - Individual
Page 10 of 14

| QUESTION | RESPONSE FOR DEBTOR | (if applicable) RESPONSE FOR SPOUSE |
|---|---|---|
| H. Have you and/or your spouse placed any assets in any Trust in the last five (5) years? *(If yes, in the space below, provide details.)* | Yes ☐ No ☑ | Yes ☐ No ☐ |
| | | |
| I. Do you and/or your spouse have any lease agreements with tenants for any of your real estate properties? *(If yes, in the space below, provide details.)* | Yes ☐ No ☑ | Yes ☐ No ☐ |
| | | |
| | | |
| J. Have you, your spouse, and/or your dependents received any gifts valued over $5,000 in the last three (3) years? *(If yes, in the space below, provide details.)* | Yes ☐ No ☑ | Yes ☐ No ☐ |
| | | |
| | | |
| K. Has anyone or any entity extended a loan to you and/or your spouse valued over $1,000 in the last three (3) years? *(If yes, in the space below, provide details.)* | Yes ☐ No ☑ | Yes ☐ No ☐ |
| | | |
| | | |
| L. Do you and/or your spouse have a safe or safe deposit box where you keep valuables? *(If yes, in the space below, provide details on the location of the safe and/or safe deposit box and the value of the contents.)* | Yes ☐ No ☑ | Yes ☐ No ☐ |
| | | |
| | | |
| M. Have you and/or your spouse filed for bankruptcy in the last ten (10) years? *(If yes, in the space below, provide case number, attorney's name.)* | Yes ☐ No ☑ | Yes ☐ No ☐ |
| | | |
| | | |
| N. Are your wages and/or your spouse's wages under garnishment at this time? *(If yes, provide details - By whom? How often? How much? For what purpose?)* | Yes ☑ No ☐ | Yes ☐ No ☐ |

Through th BOP I am paying FRP payments on a schedule as decided by my BOP Case Manager. This is ongoing since 2019 towards fines+restitution

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury. Debtor's Initials: R R

United States Department of Justice
United States Attorney's Office

Financial Disclosure Statement - Individual
Page 11 of 14

| QUESTION | RESPONSE FOR DEBTOR | (if applicable) RESPONSE FOR SPOUSE |
|---|---|---|
| O. Have you and/or your spouse used any mobile payment apps (*e.g.* PayPal, Venmo, Square Cash, Google Wallet, Apple Pay, etc.) in the last three (3) years? *(If yes, provide details -- Which apps? How often? How much? For what purpose?)* | Yes ☐  No ☑ | Yes ☐  No ☐ |
| | | |
| | | |

## SECTION 13:  TAXES – DEBTOR AND SPOUSE

**Did you and/or your spouse file Tax Returns in any of the last two (2) years?  Yes ☑  No ☐**

*(If yes, mark each box that applies to your Tax Returns from the years requested below.)*

| Current Tax Year | Debtor | Spouse | Prior Tax Year | Debtor | Spouse |
|---|---|---|---|---|---|
| Federal Tax Returns: | ☐ | ☐ | Federal Tax Returns: | ☑ | ☐ |
| State Tax Returns: Foreign Tax Returns: | ☐ | ☐ | State Tax Returns: Foreign Tax Returns: | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |
| Individual Returns: | ☐ | ☐ | Individual Returns: | ☑ | ☐ |
| Joint Returns: | ☐ | ☐ | Joint Returns: | ☐ | ☐ |
| Business Returns: | ☐ | ☐ | Business Returns: | ☐ | ☐ |
| Trust Returns: | ☐ | ☐ | Trust Returns: | ☐ | ☐ |
| Refund:    Yes ☐    No ☐ | | | Refund:    Yes ☐    No ☐ | | |
| Amount of Refund: | | | Amount of Refund: Stimulus sent as debit card, not in possession, cont use. | | |

## SECTION 14:  TRANSFERS/GIFTS/LOANS-DEBTOR AND SPOUSE

**Have you and/or your spouse transferred ownership of any funds, and/or real or personal property worth $10,000 or more within the last three (3) years, not otherwise identified on this disclosure statement?  Yes ☐   No ☑**

| Date | Amount ($) | Property Transferred | From | To |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: *RR*

United States Department of Justice
United States Attorney's Office

Financial Disclosure Statement - Individual
Page 12 of 14

## SECTION 15:  FAVORABLE JUDGMENTS AND SETTLEMENTS – DEBTOR AND SPOUSE

Have you received a settlement or favorable judgment in the last five (5) years?  Yes ☐   No ☑

| Date of Judgment | Name of Court of Judgment | Name, Address and Telephone Number of Opposing Party | County/State of Judgment | Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SECTION 16:  LIABILITIES – DEBTOR

Provide the following information regarding your outstanding debts:

| Type of Debt | Creditor | Contact Information | Account Number | Balance |
|---|---|---|---|---|
| Credit Card | | I have several credit debts stemming from my job loss + arrest in 2017. I don't know how much or to whom anymore, nor do I have access to this information | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: _RR_

United States Department of Justice
United States Attorney's Office

## SECTION 17:  REQUIRED COPIES OF FINANCIAL RECORDS, ASSETS, AND LIABILITIES

In connection with this financial disclosure statement, you are required to produce to the United States Attorney's Office for the Central District of California the following documentation in your possession, custody, and/or control.  **Please Check Each Type of Document in your possession, custody and/or control and submit copies with this disclosure.**

☐ **Employment Income** – Paystubs for the last twelve (12) pay periods for you and/or your Spouse for all employment identified in *Section 5* and/or *Section 7*.

☐ **Business Records** –For each and every business in which you (and/or your spouse) have had any ownership interest (excluding any publicly traded businesses) in the last three (3) years, including, without limitation, any business(es) identified in *Section 6* and/or *Section 8*, provide all Profit and Loss Statements, Balance Sheets, and Cash Flow Statements for the last twelve (12) months.

☐ **Non-Employment Income** – Statements for the past twelve (12) months reflecting income received (and/or your spouse) from any source other than employment, including without limitation, those sources identified in *Section 6*, *Section 8*, *Section 10* and/or *Section 11*.

☐ **Government Benefits** – Statement for the last twelve (12) months reflecting any government benefits received by you, including without limitation, any benefits identified in *Section 9*.

☐ **Credit Cards** –Statements for the past twelve (12) months for all of your (and/or your spouse's) credit cards, including without limitation any identified in *Section 9* and/or *Section 16*.

☐ **Bills/Expenses** – Statements for the last twelve (12) months establishing all monthly expenses identified in *Section 9* and/or *Section 16*.

☐ **Financial Account Statements** – Account Statements and copies of cancelled checks for the past twenty-four (24) months for all financial accounts you (and/or your spouse) access including, without limitation, those identified in *Section 10, Subpart A*.

☐ **Life Insurance** –  Copies of the life insurance policies identified in *Section 10, Subpart B*.

☐ **Mortgage Statements** – Monthly statements for the last twelve (12) months for all mortgages either (a) paid by you (and/or your spouse) regardless of how the property is held, and/or (b) on all properties identified in *Section 11, Subpart A*.

☐ **Real Property Lease Agreements** – For each and every real property on which you (and/or your spouse) collect or pay rent, provide a copy of the rental (lease) agreement, including without limitation any properties identified in *Section 11, Subpart A* and/or *Section 12, Question B*.

(list continued on the next page. . .)

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: _R R_____

- ☐ **Vehicles –** Title(s) and Registration certificate(s) for all motor vehicles, aircraft and watercraft owned and/or leased by you (and/or your spouse), including without limitation those identified in *Section 11, Subpart B*.

- ☐ **Investments –** Quarterly statements for the last four (4) quarters for all investment accounts, in which you (and/or your Spouse) have an ownership interest, including, without limitation, those identified in *Section 11, Subpart A* and/or *Section 12, Question A*.

- ☐ **Lawsuits –** All complaints and judgments in any civil lawsuit in which you are a party including, without limitation, those identified in *Section 12, Question D*.

- ☐ **Trusts –** For each and every trust for which you are a trustor, trustee, and/or beneficiary including, without limitation, those identified in *Section 12, Question G*, provide all trust agreements, trust tax returns for last three (3) years, a list of the original and the current trust assets and their values, trust bank account statements for the last twelve (12) months, and all documents showing disbursements from the trusts (for the past 3 years).

- ☐ **Personal Property –** Documents reflecting the transfer of ownership of any personal property valued at $5,000 or more within the last three (3) years, including without limitation, those transfers identified in *Section 12, Question J* and/or *Section 14*.

- ☐ **Loan Applications –** All applications submitted by you (and/or your spouse) to obtain a loan within the last three (3) years, including, without limitation, those identified in *Section 12, Question K*.

- ☐ **Tax Returns –** Federal and State tax returns for the last three (3) years, filed by you and/or your spouse identified in *Section 13* and/or any business identified in *Section 6* and/or *Section 8*.

- ☐ **Documents Supporting Tax Returns –** All supporting schedules, W-2 Forms, 1099s, and other documents related to the Federal and State tax returns for the past three (3) years filed by you and/or your spouse identified in *Section 13*, and/or any business identified in *Section 6* and/or *Section 8*.

- ☐ **Promissory Notes –** All promissory notes reflecting that you (and/or your spouse) is a payee owed a sum of money now or in the future.

- ☐ **Certification Under Penalty of Perjury Form -** You **must** sign the required Certification Under Penalty of Perjury Form. A separate form is attached for your signature.

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials: *RR*

## CERTIFICATION UNDER PENALTY OF PERJURY

### Please read carefully.  Sign and date in the spaces indicated.

With knowledge of the penalties for false statements provided by Title 18 § 1001 of the United States Code ($250,000 fine and/or five years imprisonment) and with knowledge that this financial statement is submitted by me to affect action by the United States Department of Justice, I certify that the above disclosure statement is true and correct, and is a complete statement of all my income and assets, real and personal, whether held in my name or by any other. The United States Department of Justice or its agents may verify any information provided in the above disclosure statement by any means, including but not limited to, confirmation with any third parties.

My permission for such verification and the information set forth in the above disclosure statement are provided by me knowingly, deliberately, and voluntarily without duress, compulsion, or misconduct by the United States or any person.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

EXECUTED ON THIS  4th  DAY OF  August  (MONTH), 2021 (YEAR),

AT  Lompoc, CA  (CITY/STATE).


_____
SIGNATURE/DEBTOR

Ryan Rosenthal
_____
PRINTED NAME/DEBTOR

**If you were assisted by someone in filling out this financial statement, please state name and relationship, and have the person sign below.**


_____          _____
SIGNATURE                                                      RELATIONSHIP


_____          _____
PRINTED NAME                                                 DATE