Ryan Rosenthal 24169-111
Ideal Correctional Institution
JO Guard Rd.
Lompoc, CA 93436



U.S. MARSHALS SERVICE

Clerk, US District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

RECEIVED
AUG 09 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



Santa Barbara CA 931
FRI 06 AUG 2021 PM